

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 11-205-R |
| Plaintiff, | ORDER OF DETENTION |
| v. | [Fed. R. Crim. P. 31.1(a)(6); 18 U.S.C. § 3143(a)(1)] |
| OSCAR JUAREZ, | |
| Defendant. | |

I.

On March 14, 2018, Defendant appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter. Defendant was represented by Deputy Federal Public Defender Christy O'Connor.

Defendant submitted on the Pretrial Services Officer's recommendation of detention.

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that :

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include possession of a firearm and commission of commercial burglary with use of a firearm, and the results of drug tests which were positive for the use of cocaine and marijuana

☒ limited bail resources – Defendant's cousin is a U.S. Citizen who is currently unemployed and not receiving any income.

☒ commission of criminal activity – commercial burglary – while on supervision.

B. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ allegations in the petition include possession of a firearm and commission of commercial burglary with use of a firearm, and the results of drug tests which were positive for the use of cocaine and marijuana

☒ history of drug use

III.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.

Dated: March 14, 2018

                                        /s/
                                ALKA SAGAR
                          UNITED STATES MAGISTRATE JUDGE